IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Alston, Allan E

Printed: 01/06/09

Case Number: 07 B 18478
Judge: Goldgar, A. Benjamin
Filed: 10/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 25, 2008
Confirmed: January 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,675.00 |  |
| Secured: |  | 3,257.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,139.81 |
| Trustee Fee: |  | 278.19 |
| Other Funds: |  | 0.00 |
| Totals: | 4,675.00 | 4,675.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,374.00 | 1,139.81 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Fifth Third Bank | Secured | 29,855.97 | 3,257.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 5,046.20 | 0.00 |
| 5. | Wells Fargo Financial Illinois Inc | Unsecured | 607.50 | 0.00 |
| 6. | Fifth Third Bank | Unsecured | 0.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 13,832.67 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 267.30 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 95.37 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 233.97 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 311.73 | 0.00 |
| 12. | Target National Bank | Unsecured | 240.75 | 0.00 |
| 13. | Chicago Patrolmen's Fed Credit Union | Unsecured | 6,649.18 | 0.00 |
| 14. | Collection | Unsecured |  | No Claim Filed |
| 15. | Chicago Patrolmen's Fed Credit Union | Unsecured |  | No Claim Filed |
| | | | $ 60,514.64 | $ 4,396.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 126.09 |
| 6.5% | 152.10 |
| | $ 278.19 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Alston, Allan E

Printed: 01/06/09

Case Number:  07 B 18478
Judge:  Goldgar, A. Benjamin
Filed:  10/18/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

